1  **LAW OFFICE OF IRENE KARBELASHVILI**
   Irene Karbelashvili, State Bar Number 232223
2  Irakli Karbelashvili, State Bar Number 302971
   12 South First Street, Suite 413
3  San Jose, CA 95113
   Telephone: (408) 295-0137
4  Fax: (408) 295-0142
5
   Attorneys for RAUL HUERTA, Plaintiff
6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9
   RAUL HUERTA, an incompetent, by and    )   **Case No.** 16-cv-01943-HSG
10 through his guardian ad litem, MARIA    )
   HUERTA,                                 )
11                                         )   **PETITION AND ORDER FOR**
                 Plaintiff,                )   **APPOINTMENT OF GUARDIAN**
12                                         )   **AD LITEM**
                                           )
13 vs.                                     )
                                           )
14 CITY AND COUNTY OF SAN                  )
   FRANCISCO; THE ARC SAN                  )
15 FRANCISCO, INC., a California           )
   corporation, d/b/a  The Arc of San      )
16 Francisco;  and DOES 1-10, inclusive,   )
                                           )
17               Defendants.               )
                                           )
18

19         Plaintiff Raul Huerta ("Raul Huerta" or "Petitioner") respectfully petitions the Court for

20 appointment of a guardian ad litem, as follows:

21 1.    Raul Huerta is a 45 year old severely disabled man with cerebral palsy and cognitive

22 impairment.

23 2.    On March 11, 2016, Raul Huerta commenced an action in San Francisco County Superior

24 Court against Defendants City and County of San Francisco; The Arc San Francisco, Inc., a

25 California corporation, d/b/a The Arc of San Francisco, and Does 1-10, inclusive, ("Defendants")

26 for disability discrimination and personal injuries under the Americans with Disabilities Act; the

   Rehabilitation Act, and related state law causes of action.

27 3.    On April 13, 2016, Defendant City and County of San Francisco removed the case to this

28 Court.

4. Raul Huerta has no legal guardian or conservator. A previous petition for appointment of a guardian ad litem was filed with the San Francisco County Superior Court **(Exhibit "A")**. The case was removed to this Court prior to the state court having an opportunity to make a decision on the petition.

5. Maria Huerta is Raul Huerta's sister. Ms. Huerta is a competent and responsible person, and fully competent to act as Raul Huerta's guardian ad litem in this matter.

6. Maria Huerta is willing to act as a guardian ad litem for Petitioner, as appears by her consent attached hereto.

WHEREFORE, Petitioner moves the Court for an order appointing Maria Huerta as guardian ad litem of Petitioner for the purpose of bringing the action against Defendants.

Dated: April 26, 2016          /s/ *Irakli Karbelashvili*
                               Irakli Karbelashvili, Attorney for Plaintiff
                               RAUL HUERTA

### CONSENT OF NOMINEE

I, Maria Huerta, the nominee of Petitioner, consent to act as guardian ad litem for the Petitioner in the above action.

Dated: April 26, 2016          /s/ *Maria Huerta*

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that I, Irakli Karbelashvili, received the concurrence of Maria Huerta in filing of this document.

By:   */s/ Irakli Karbelashvili*
      IRAKLI KARBELASHVILI

**ORDER**

The petition for an order appointing Maria Huerta as guardian ad litem for Petitioner Raul Huerta is hereby GRANTED.

Dated:   May 5, 2016

_____
United States District Judge