UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HUERTA,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants. | Case No.16-cv-01943-HSG<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

A Further Case Management Conference shall be held telephonically on March 21, 2017, at 2:00 P.M.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

The parties shall file a joint case management statement no later than Monday, March 20, 2017.  The case management statement should discuss the status of Plaintiff's efforts to retain an attorney and when the request for approval of settlement will be filed.  The statement should not exceed two (2) pages.

**IT IS SO ORDERED.**

Dated: 3/6/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge