**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RAUL HUERTA, Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| RAUL HUERTA, an incompetent, by and through his guardian ad litem, MARIA HUERTA,<br><br>              Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; THE ARC SAN FRANCISCO, INC., a California corporation, d/b/a The Arc of San Francisco; and DOES 1-10, inclusive,<br><br>              Defendants. | **Case No.** 16-cv-01943-HSG<br><br>**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE PETITION APPROVING COMPROMISE OF A CLAIM FOR A PERSON WITH A DISABILITY UNDER SEAL** |

# MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 7-11 and 79-5, Plaintiff RAUL HUERTA hereby moves the Court for an Order to File Under Seal,

1. **PETITION APPROVING COMPROMISE OF A CLAIM FOR A PERSON WITH A DISABILITY; AND [PROPOSED] ORDER**

The settlement agreement entered into between Plaintiff and The Arc San Francisco contains a confidentiality clause prohibiting Plaintiff from disseminating to the public the settlement terms. In light of the foregoing, Plaintiff Raul Huerta hereby requests that the Petition Approving Compromise of a Claim for a Person with a Disability; and [Proposed] Order be filed under Seal pursuant to Civ. L.R. 79-5.

Respectfully submitted,

Dated: March 19, 2017

*/s/ Irene Karbelashvili*
Irene Karbelashvili, Attorney for Plaintiff

# [PROPOSED] ORDER

As set forth in Plaintiffs' Administrative Motion to File Under Seal, Plaintiff lodged with the Court the following documents containing information designated as containing confidential information:

1. **PETITION APPROVING COMPROMISE OF A CLAIM FOR A PERSON WITH A DISABILITY; AND [PROPOSED] ORDER;**

Having considered Plaintiff's Administrative Motion, pursuant to Civil Local Rule 79-5(d) in support of sealing, and good cause appearing therefore;

IT IS HEREBY ORDERED that the above referenced document be filed under seal.

Dated: 5/25/2017

*Haywood S. Gill, Jr.*
United States District Judge