1 | ARTHUR W. CURLEY, BAR NO. 60902
PETER F. FINN, BAR NO. 267810
2 | BRADLEY, CURLEY, BARRABEE & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
3 | Larkspur, California 94939
Telephone: (415) 464-8888
4 | Facsimile: (415) 464-8887

5 | Attorneys for Defendants
THE ARC SAN FRANCISCO
6 | (erroneously sued herein as THE ARC
SAN FRANCISCO, INC.)

7

8

9 |                   UNITED STATES DISTRICT COURT

10 |                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | RAUL HUERTA, an incompetent, by and       No. 3:16-CV-01943-HSG
through his Guardian Ad Litem, MARIA
HUERTA                                      **STIPULATION AND [PROPOSED] ORDER**
13 |                                             **DISMISSING ACTION IN ITS ENTIRETY**
                        Plaintiff,
14 |                                             **[Federal Rule of Civil Procedure 41(a)]**

15 |        v.

16 | CITY AND COUNTY OF SAN
FRANCISCO; THE ARC SAN
17 | FRANCISCO, INC., a California
Corporation, d/b/a The Arc of San
18 | Francisco; and DOES 1-10, inclusive,

19 |                        Defendants.

20

             Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED by
21
and between the parties to this action, through their designated counsel, that the above-captioned
22
action be and hereby is dismissed, with prejudice, in its entirety as to all Defendants based upon
23
agreements entered into by Plaintiff and Defendants.
24
             The parties further stipulate that this Court shall retain jurisdiction over all disputes
25
between and among the parties arising out of the agreements, including but not limited to
26
interpretation and enforcement of the terms of the agreements.
27
             IT IS SO STIPULATED.
28
/// 

BRADLEY, CURLEY,
BARRABEE &
KOWALSKI, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY

1    Dated: _5-30_____, 2016        BRADLEY, CURLEY, BARRABEE &
2                              KOWALSKI, P.C.
3
4                              By: _____
5                                  ARTHUR W. CURLEY
6                                  Attorneys for Defendant
                                   THE ARC SAN FRANCISCO
7                                  (erroneously sued herein as THE ARC SAN
                                   FRANCISCO, INC.)
8    Dated: ___May 26___, 2017       LAW OFFICE OF IRENE KARBELASHVILI
9
10                              By: _____
11                                  IRAKLI KARBELASHVILI
12                                  Attorneys for Plaintiff
                                   RAUL HUERTA, an incompetent, by and through his
13                                  Guardian Ad Litem, MARIA HUERTA
14    Dated: _5/30/2017_                DENNIS J. HERRERA
15                                  City Attorney
                                   CHERYL ADAMS
16                                  Chief Trial Deputy
                                 TIMOTHY J. FAMA
17                                  BRIAN P. CEBALLO
                                 Deputy City Attorneys
18
19
20                              By: _____
                                 TIMOTHY J. FAMA
21                                  Attorneys for Defendant
                                 CITY AND COUNTY OF SAN FRANCISCO
22                               **ORDER**
23         Pursuant to the Stipulation of the parties, the above-captioned action is hereby dismissed,
24 with prejudice, in its entirety as to all Defendants based upon agreements entered into by Plaintiff
25 and Defendants.
26 /// 
27 /// 
28 /// 

BRADLEY, CURLEY,
BARRABEE &
KOWALSKI, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY

1          This Court will retain jurisdiction over all disputes between and among the parties arising

2    out of the agreements, including but not limited to interpretation and enforcement of the terms of

3    the agreements.

4          **IT IS SO ORDERED.**

5

6    Dated: _____

                    THE HONORABLE HAYWOOD S. GILLIAM, JR.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRADLEY, CURLEY,
BARRABEE &
KOWALSKI, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA  94939
TEL (415) 464-8888
FAX (415) 464-8887

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY