ARTHUR W. CURLEY, BAR NO. 60902
PETER F. FINN, BAR NO. 267810
BRADLEY, CURLEY, BARRABEE & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, California 94939
Telephone: (415) 464-8888
Facsimile: (415) 464-8887

Attorneys for Defendants
THE ARC SAN FRANCISCO
(erroneously sued herein as THE ARC
SAN FRANCISCO, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL HUERTA, an incompetent, by and through his Guardian Ad Litem, MARIA HUERTA,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; THE ARC SAN FRANCISCO, INC., a California Corporation, d/b/a The Arc of San Francisco; and DOES 1-10, inclusive,<br><br>Defendants. | No. 3:16-CV-01943-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY**<br><br>**[Federal Rule of Civil Procedure 41(a)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety as to all Defendants based upon agreements entered into by Plaintiff and Defendants.

The parties further stipulate that this Court shall retain jurisdiction over all disputes between and among the parties arising out of the agreements, including but not limited to interpretation and enforcement of the terms of the agreements.

IT IS SO STIPULATED.

///

BRADLEY, CURLEY,
BARRABEE &
KOWALSKI, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 1 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY

Dated: 5-30, 2016  BRADLEY, CURLEY, BARRABEE & KOWALSKI, P.C.

By: _____
ARTHUR W. CURLEY
Attorneys for Defendant
THE ARC SAN FRANCISCO
(erroneously sued herein as THE ARC SAN FRANCISCO, INC.)

Dated: May 26, 2017  LAW OFFICE OF IRENE KARBELASHVILI

By: _____
IRAKLI KARBELASHVILI
Attorneys for Plaintiff
RAUL HUERTA, an incompetent, by and through his Guardian Ad Litem, MARIA HUERTA

Dated: 5/30/2017  DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
TIMOTHY J. FAMA
BRIAN P. CEBALLO
Deputy City Attorneys

By: _____
TIMOTHY J. FAMA
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

## ORDER

Pursuant to the Stipulation of the parties, the above-captioned action is hereby dismissed, with prejudice, in its entirety as to all Defendants based upon agreements entered into by Plaintiff and Defendants.

///
///
///

BRADLEY, CURLEY,
BARRABEE &
KOWALSKI, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 2 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY

This Court will retain jurisdiction over all disputes between and among the parties arising out of the agreements, including but not limited to interpretation and enforcement of the terms of the agreements.

**IT IS SO ORDERED.**

Dated: 6/13/2017

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.

BRADLEY, CURLEY,
BARRABEE &
KOWALSKI, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
TEL (415) 464-8888
FAX (415) 464-8887

- 3 -
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY